

**Reyes Law Group**
A Professional Association

2924 Davie Road, Suite 102
Davie, Florida 33314-1601

Office:       954.369.1993
Toll Free:    800.528.7720
Fax:          888.315.6291

www.reyeslegal.com

Stephan Lopez, Esq.
stephan@reyeslegal.com

September 24, 2012

**EXHIBIT**
A

VIA PERSONAL SERVICE

**City of Miami Gardens**
**c/o Mayor Oliver G. Gilbert, III**
**1515 N.W. 167th Street, Suite 200**
**Miami Gardens, FL 33169**

Re: <u>**Abir Inc., aka 207 Quick Stop, located at 3185 NW 207 Street, Miami Gardens, FL**</u>
<u>**33056; Ali Amin Saleh, Sampson Earl Tyree, Toree Melissa Daniels; and a number of**</u>
<u>**unnamed individual citizens of Miami Dade County, Fl.**</u>

Our office represents Abir Inc., Ali Amin Saleh, Sampson Earl Tyree, Toree Melissa Daniels and a number of unnamed individual citizens of Miami Dade County, Florida, in the above referenced matter. The purpose of this letter is two-fold:

1.    To place the City of Miami Gardens and your police department on notice of our intent to sue in federal court for the Systematic Deprivation of Civil Rights Under Color of Law, pursuant to 18, U.S.C., § 242 and for Conspiracy Against Rights, pursuant to 18, U.S.C., § 241, amongst other causes of action. The systemic and unconscionable violations perpetrated by numerous officers of your department, all captured on video tape, include but is not limited to: false arrests/ imprisonments, false police reports to justify the false arrests, and warrantless illegal searches of persons, places and things without a warrant, and more significantly without necessary probable cause. The above mentioned civil rights violations, coupled with the continual harassment and intimidation in the community would illustrate that this is not just a few rogue officers tortiously acting outside the scope of their duties. This appears to be a pervasive, systematic scheme to deprive these citizens of their civil rights—to which they are entitled under the US Constitution—while acting under the color of Authority. It is also apparent from the nature and the number of officers involved, that this conduct appears to be authorized, ratified and/or condoned by your department.

MUST PROVIDE FOLLOWING INFORMATION
AGE: 30    WT. RACE:____ HEIGHT:____ 5'11
WEIGHT: 190    HAIR Blk    GLASSES: Y/N

Mortgage Foreclosure Defense • Commercial Litigation • Short Sale Negotiations
Real Estate Transactions & Litigation • Administrative Law

2.      Your police department is hereby notified that they are to **CEASE AND DESIST** from entering the Quick Stop, located at 3185 NW 207 St., Miami Gardens, Florida, unless authorized to be there, responding to a call for service, serving a duly valid arrest warrant, or search warrant issued by a Judge upon probable cause for a felony arrest.  Your department is to **CEASE AND DESIST** from: racial profiling the citizens of Miami Gardens, specifically at this location; making false arrests; generating false police reports; conducting illegal searches and seizures of persons, places and things, both inside and outside of the business; tortiously interfering with the above named business, by loitering or congregating in the parking lot with numerous marked police vehicles intimidating patrons; causing a decline in business; entering the business to make false arrests, on no other basis than trespass after warning, when these patrons are authorized to be there by the store owner and the officers have no probable cause that they committed or are about to commit a crime.

It is hereby requested by the undersigned that the City of Miami Gardens, and its police department and all other parties who enter appearances in this matter, send all copies, notices, pleadings, orders, letters and any other documents to the address above.

**PLEASE GOVERN YOURSELVES ACCORDINGLY.**

Sincerely,

REYES LAW GROUP, P.A.

STEPHAN LOPEZ, ESQ.