UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24312-CIV-GRAHAM/SIMONTON

EARL SAMPSON, *et al.*,

    Plaintiffs,

v.

THE CITY OF MIAMI GARDENS, *et al.*,

    Defendants.

_____

## ORDER OF RECUSAL AND REASSIGNMENT

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a) and Administrative Order 2013-63.

DONE AND ORDERED at Miami, Florida, this 4th day of April, 2014.

*[signature]*
ANDREA M. SIMONTON
United States Magistrate Judge

In accordance with Administrative Order 2013-63, the above-styled cause is hereby reassigned to United States Magistrate Judge Chris M. McAliley, for all further proceedings, and all documents hereafter filed shall bear the assigned case number followed by the surname of the assigned Judicial Officers as follows:

13-24312-CIV-GRAHAM/MCALILEY

By ORDER of the Court on April 7, 2014, Miami, Florida.

STEVEN M. LARIMORE
Clerk of the Court

By: *[signature]*
Deputy Clerk

cc:    The Honorable Donald L. Graham, United States District Judge
       The Honorable Andrea M. Simonton, United States Magistrate Judge
       The Honorable Chris M. McAliley, United States Magistrate Judge
       All counsel of record