UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-24312-CIV-GRAHAM

EARL SAMPSON, et al.,

    Plaintiffs,

v.

CITY OF MIAMI GARDENS, et al.,

    Defendants.

_____/

### ORDER

THIS MATTER is before the Court on the Unopposed Motion for Leave to Waive Plaintiffs Omar Dean and Ross Picart at the June 23, Settlement Conference (DE# 223, 6/22/15). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Unopposed Motion for Leave to Waive Plaintiffs Omar Dean and Ross Picart at the June 23, Settlement Conference (DE# 223, 6/22/15) is **GRANTED**. Omar Dean and Ross Picart are excused from attending the June 23, 2015 settlement conference. **A person must be present at the settlement conference with full authority to settle for each plaintiff.**

**DONE AND ORDERED** in Chambers at Miami, Florida this **22nd** day of June, 2015.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Graham
All counsel of record