# CIVIL CALENDAR/MINUTES
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### 5ᵗʰ FLOOR    TIME: 9:30 AM
### MAGISTRATE JUDGE JOHN J. O'SULLIVAN

Case No.  13-24312-CIV-GRAHAM          Date: 6/23/15          End: 3:35

Clerk: Cherle R. Griffin          DAR No: 15:25:11

Court Reporter:  N/A

Case Title: SAMPSON ET AL V. CITY OF MIAMI GARDENS, ET AL

P. Attorney(s): C. Edward McGee, Jr. & Carlos Reyes

D. Attorney(s): E. Bruce Johnson & Scott Alexander

Reason for Hearing: SETTLEMENT

Result of Hearing: SETTLEMENT CONFERENCE HELD. ORDER TO FOLLOW.