UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-24312-CIV-GRAHAM

EARL SAMPSON, et al.,

    Plaintiffs,

v.

CITY OF MIAMI GARDENS, et al.,

    Defendants.

_____/

**ORDER AND NOTICE OF SETTLEMENT**

THIS MATTER is before the Court following a settlement conference conducted by the undersigned in Chambers on June 23, 2015. The parties reached a full settlement during the settlement conference. Accordingly, it is

ORDERED AND ADJUDGED that by **July 17, 2015**, the parties shall file the appropriate papers with the Court to dismiss the case with prejudice. The failure to comply with this Order may result in the dismissal of this matter with prejudice.

**DONE AND ORDERED** in Chambers at Miami, Florida this **23rd** day of June, 2015.

                                                              _____
                                                              JOHN J. O'SULLIVAN
                                                              UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Graham
All counsel of record