**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 13-24312-CIV-GRAHAM/MCALILEY

EARL SAMPSON, et al.,

    Plaintiffs,

vs.

CITY OF MIAMI GARDENS, et al.,

    Defendants.
_____/



**NOTICE OF COURT PRACTICE UPON**
**NOTICE OF SETTLEMENT AND ORDER CLOSING CASE**

    **THIS CAUSE** comes before the Court upon U.S. Magistrate Judge John J. O'Sullivan's Order and Notice of Settlement [D.E. 228]. Based thereon,

    **THE PARTIES** are hereby notified that, in accordance with Judge O'Sullivan's Order issued on June 23, 2015, the Parties must file the necessary documents to dismiss this case with prejudice by **July 17, 2015.** As noted by Judge O'Sullivan, a failure to comply may result in the dismissal of this matter with prejudice. It is further

    **ORDERED** that this action shall be **CLOSED** for administrative purposes and any pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30<u>th</u> day of June, 2015.

<u>s/ Donald L. Graham</u>
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record