UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24312-CIV-DLG

EARL SAMPSON, TOREE M. DANIELS,
BRANDON SPIVEY, ANTHONY LOWERY,
FLOYD HALL, JR., ROSS PICART,
RODERICK DEWAYNE SMITH, KENNETH
CRANE, YVENSONNE MONTALE, OMAR
DEAN and BARAKA SHORT, ALI AMIN SALEH,

    Plaintiffs,

v.

CITY OF MIAMI GARDENS, PAUL MILLER,
ANTHONY CHAPMAN, and MATTHEW BOYD,

    Defendants,
_____/

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, EARL SAMPSON, TOREE M. DANIELS, BRANDON SPIVEY, ANTHONY LOWERY, FLOYD HALL, JR., ROSS PICART, RODERICK DEWAYNE SMITH, KENNETH CRANE, YVENSONNE MONTALE, OMAR DEAN, BARAKA SHORT, ALI AMIN SALEH, ABIR, INC., and Defendants, CITY OF MIAMI GARDENS, PAUL MILLER, ANTHONY CHAPMAN, and MATTHEW BOYD, by and through their undersigned counsel and pursuant to Fed.R.Civ. P. 41(a)(1)(A)(ii), hereby file their Joint Notice of Voluntary Dismissal With Prejudice of the above-styled cause with each party to bear their own fees and costs.

**CARLOS J. REYES, JR., ESQ.**
Reyes Law Group, P.A.
**Counsel for Plaintiffs**
150 South Pine Island Road
Suite 210
Plantation, FL 33324
T: (954) 369-1993 | F: (888) 315-6291
stephan@reyeslegal.com
melissa@reyeslegal.com
stephan@reyeslegal.com
Carlos@ReyesLegal.com

By:     /s/ Carlos Reyes, Jr.
        Fla. Bar No. 755079

**C. EDWARD MCGEE, JR., ESQ.**
MCGEE & HUSKEY, P.A.
**Co-Counsel for Plaintifffs**
2850 North Andrews Avenue
Fort Lauderdale, Florida 33311
Telephone: (954) 563-8200
dhuskey@mcgeehuskey.com
paralegal@mcgeehuskey.com

By:     /s/C. Edward McGee Jr.
        Fla. Bar No. 174885

**E. BRUCE JOHNSON, ESQ.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
**Attorneys for Defendants**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
954/463-0100 Telephone
954/463-2444 Facsimile
Johnson@jambg.com
Alexander@jambg.com

BY:    /s/ E. Bruce Johnson
        E. Bruce Johnson
        Fla. Bar No.. 262137

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of July, 2015, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

> JOHNSON, ANSELMO, MURDOCH,
> BURKE, PIPER & HOCHMAN, P.A.
> Attorneys for Defendants
> 2455 East Sunrise Boulevard, Suite 1000
> Fort Lauderdale, FL 33304
> 954/463-0100 Telephone
> 954/463-2444 Facsimile
> Johnson@jambg.com
> Alexander@jambg.com
>
> BY:   /s/E. Bruce Johnson
>        E. BRUCE JOHNSON
>        Fla. Bar No.. 262137

## SERVICE LIST

CARLOS J. REYES, JR., ESQ.
Reyes Law Group, P.A.
Counsel for Plaintiffs
150 South Pine Island Road
Suite 210
Plantation, FL 33324
T: (954) 369-1993 | F: (888) 315-6291
**Carlos@ReyesLegal.com**

C. EDWARD MCGEE, JR.
MCGEE & HUSKEY, P.A.
Co-Counsel for Plaintiffs
2850 North Andrews Avenue
Fort Lauderdale, Florida 33311
Telephone: (954) 563-8200
**emcgee@mcgeehuskey.com**


E. BRUCE JOHNSON, ESQ.
SCOTT D. ALEXANDER, ESQ.
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
Attorneys for Defendants, City, Boyd, Miller & Chapman
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
johnson@jambg.com
(954) 463-0100  - Telephone
(954) 463-2444  - Facsimile